# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DARIUS MANNING**  **PLAINTIFF**
**ADC #152493**

V.                    NO. 4:21-cv-00691-JM-ERE

**ESTELLA BLAND**  **DEFENDANT**

## RECOMMENDED DISPOSITION

### I.   Procedure for Filing Objections

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. The parties may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

### II.   Discussion

Plaintiff Darius Manning was an Arkansas Division of Correction (ADC) inmate when he filed this civil rights lawsuit on July 30, 2021. *Doc. 2.* The Local Rules for the Eastern District of Arkansas require *pro se* plaintiffs to promptly notify

the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2). Shortly after this lawsuit was filed, the Court advised Mr. Manning of his obligations under Local Rule 5.5(c)(2). *Doc. 3*.

On October 1, 2021, mail sent to Mr. Manning from the Court was returned as undeliverable. *Doc. 8*. On October 4, 2021, the Court ordered Mr. Manning to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 10*. To date, he has not responded to the Court's October 4 Order.

### III.  Conclusion

The Court recommends that Mr. Manning's claims be DISMISSED, without prejudice, based on his failure to comply with the October 4 Order to notify the Court of his current address and his failure to prosecute this lawsuit.

DATED this 8th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE