# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DARIUS MANNING**                                                          **PLAINTIFF**
**ADC #152493**

**V.**                      **NO. 4:21-cv-00691-JM-ERE**

**ESTELLA BLAND**                                                       **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition, filed by Magistrate Judge Edie R. Ervin, for the dismissal of Mr. Manning's claims against Defendant Estella Bland. Mr. Manning has not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the recommendation in all respects.

Accordingly, Mr. Manning's claims are DISMISSED, without prejudice, based on his failure to comply with the October 4 Order to notify the Court of his current address and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 29th day of November, 2021.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE