# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DARIUS MANNING**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #152493**

**V.**　　　　　　　　　**NO. 4:21-cv-00691-JM-ERE**

**ESTELLA BLAND**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed, without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED, this 29th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE